UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| REDITHA D. BRENNEMAN, ) | Civil No. 3:16-cv-05740-RSM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR EAJA FEES AND |
| ) | COSTS |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

It is hereby ORDERED that attorney fees in the amount of $6,066.20, and expenses in the amount of $6.80 (postage), for a total of $6,073.00, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs in the amount of $416.00 (court filing $400.00, photocopies $16.00) should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. See Astrue v. Ratliff, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Teal M. Parham, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Teal M. Parham at 910 12th Avenue - PO Box 757, Longview, WA 98632.

ORDER FOR EAJA FEES & COSTS  [3:16-cv-05740-RSM] -1

DATED this 22 day of August 2017.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/TEAL M. PARHAM  
Teal M. Parham WSB #21954  
Attorney for Plaintiff  
Parham & Hall, PLLP  
910 12th Avenue  
Longview WA  98632  
Telephone:  (360) 423-3810  
Fax:  (360) 423-3812  
E-mail:  tealparham@parhamhall.com

ORDER FOR EAJA FEES & COSTS  [3:16-cv-05740-RSM] -2